UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EVINE BATTLE,<br><br>　　　　　　　　　Petitioner,<br>　v.<br><br>BRIAN WILLIAMS, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 2:19-cv-00453-GMN-DJA<br><br>ORDER |

On May 21, 2020, this court entered a final order denying Petitioner Battle's petition for writ of habeas corpus on the merits. ECF No. 24. Judgment was entered the following day. ECF No. 25.

Petitioner sent a notice of appeal and an amended notice of appeal to the Ninth Circuit Court of Appeals that were received by that court on June 22, 2020, and June 26, 2020, respectively. A notice of appeal must be filed with the clerk of the district court, not the court of appeals. *See* Fed. R. App. P. 3(a). Thus, the court of appeals forwarded the notices to this court for filing. ECF Nos. 26/28.

With the notices, petitioner included requests for a certificate of appealability, which of have been separately docketed in this court. ECF Nos. 27/29. This court denied a certificate of appealability when it entered its final order denying relief. ECF

No. 24 at 15-16. At this point, petitioner's request is more properly directed to the court of appeals. *See* Fed. R. App. P. 22(b); Ninth Circuit Rule 22-1.

IT IS THEREFORE ORDERED that petitioner's request for a certificate of appealabilty (ECF Nos. 27/29) is denied.

DATED THIS  1  day of   July   , 2020.

_____
UNITED STATES DISTRICT JUDGE